*Loring J. Whiteside,* pro se, in support of the motion.

Submitted January 12—decided January 26, 1965

JOSEPH P. WILUSZ *v.* HOWARD S. IVES, HIGHWAY COMMISSIONER

The motion made by the plaintiff on November 9, 1964, for a continuance in the appeal from the Superior Court in Hartford County is denied. See the opinion rendered on the appeal. *Wilusz* v. *Ives,* 152 Conn. 352, 206 A.2d 841.

The motion by the plaintiff to amend his assignment of errors in the appeal from the Superior Court in Hartford County is denied. See the opinion rendered on the appeal. *Wilusz* v. *Ives,* 152 Conn. 352, 206 A.2d 841.

The motion by the plaintiff in this appeal from the Superior Court in Hartford County to join appeals is denied. See the opinion rendered on the appeal. *Wilusz* v. *Ives,* 152 Conn. 352, 206 A.2d 841.

The motion made by the plaintiff on November 12, 1964, for a continuance in the appeal from the Superior Court in Hartford County is denied. See the opinion rendered on the appeal. *Wilusz* v. *Ives,* 152 Conn. 352, 206 A.2d 841.

*Joseph P. Wilusz,* pro se, in support of the motions.

*Harold M. Mulvey,* attorney general, and *Frederick D. Neusner,* assistant attorney general, in opposition.

Submitted November 18, 1964—decided January 26, 1965